REGINA S. CLADAKIS, Respondent, v. NICK JOHN CLADAKIS, Appellant.— Defendant appeals from an order of the Supreme Court, Albany county, allowing a counsel fee of $1,000 to plaintiff's attorney, payable in monthly installments of $150, the balance, if any, to be paid on or before the date of the trial, and allowing alimony *pendente lite* to the plaintiff of $200 a month. This action was brought by plaintiff for absolute divorce. No brief has been filed by plaintiff-respondent, nor did she appear by attorney on the argument before this court. There is an absence of any showing of reasonable probability that plaintiff would succeed on the trial, and in the circumstances the order appealed from should be reversed and the motion for counsel fees and alimony *pendente lite* should be denied. Order reversed and motion for counsel fees and alimony *pendente lite* denied. Hill, P. J., Heffernan, Schenck and Foster, JJ., concur; Bliss, J., concurs upon the ground that the plaintiff fails to show probable success.

BURTON SCUTT, Respondent, v. HERBERT BARLOW, Appellant.— Order reversed, on the facts, with ten dollars costs and disbursements, and a new trial of the issue as to damages granted unless plaintiff stipulates to accept in full payment for the judgment, printing costs on the sale of real estate and other disbursements, the amount already received, and executes a satisfaction of the judgment; in which event the order is affirmed, without costs. Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM B. MELICK, Appellant.— Defendant has appealed from a judgment of the Albany County Court convicting him of the crimes of forgery, second degree, and grand larceny, second degree, after a trial before a jury. The judgment is amply sustained by the evidence. There are no errors of law which would justify a reversal. Judgment unanimously affirmed. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES McCUE, Appellant, v. Dr. WALTER B. MARTIN, as Warden of Clinton Prison, Dannemora, N. Y., Respondent.— Appeal from an order, entered in the Clinton county clerk's office on August 7, 1940, dismissing a writ of habeas corpus. Appellant was jointly indicted with another for the crimes of assault in the first degree and assault in the second degree committed while armed with a pistol. He pleaded guilty to assault in the second degree while armed; and the charge of first degree assault was dismissed. The court imposed a sentence of ten years' imprisonment, five years of which were imposed as increased punishment for being armed. (Penal Law, § 1944.) Appellant now seeks to raise the issue that he was not armed, and offers proof in support thereof. Such an issue of fact may not be reviewed by habeas corpus. Since appellant pleaded guilty to an indictment specifically charging him with being armed no additional hearing was necessary. Order dismissing writ of habeas corpus unanimously affirmed, without costs. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.